# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Larry J. Schultz and, | ) | Bankruptcy No. 17-22532-CMB |
| Joyce E. Schultz, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Larry J. Schultz and, | ) | |
| Joyce E. Schultz, | ) | |
| | ) | |
| Movants, | ) | Document No. |
| v. | ) | |
| | ) | Related to Claim No. 13 |
| Pennymac Loan Services, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant to the Order of Court entered on June 18, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed payment changes for August 1, 2021.

The new post-petition monthly payment payable to Movant is $1,744.07, effective August 1, 2021 per the notice dated June 18, 2021. Debtor's Chapter 13 Plan provides for monthly Plan payments of $1,771.85, which is sufficient for the proposed change.

Dated: July 6, 2021

/s/Brian C. Thompson, Esquire
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com