## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Larry J. Schultz and, | ) | Bankruptcy No. 17-22532-CMB |
| Joyce E. Schultz, | ) | |
| | ) | |
|     Debtors. | ) | Chapter 13 |
| | ) | |
| Larry J. Schultz and, | ) | |
| Joyce E. Schultz, | ) | |
| | ) | |
|     Movants, | ) | Document No. |
| v. | ) | |
| | ) | Related to Claim No. 13 |
| Pennymac Loan Services, LLC, | ) | |
| | ) | |
|     Respondent. | ) | |

### CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on July 6, 2021, on the parties listed below.

Maria D. Miksich, Attorney for Creditor
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Pennymac Loan Services, LLC
6101 Condor Drive, Suite 200
Moorpark, CA, 93021

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  July 6, 2021

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com