**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/15/2022

IN RE:

LARRY J. SCHULTZ
JOYCE E. SCHULTZ
129 MARBLE DRIVE
CANONSBURG,  PA  15317
XXX-XX-0473          Debtor(s)

XXX-XX-4090

Case No. 17-22532 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/15/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  320.04<br>COMMENT:  NT/SCH*SYNCHRONY*AEO*ACCT=3213/ATTCHMT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5881 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GM FINANCIAL**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PL - CL ENTD @ CID 84 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9499 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 7/17*1ST/SCH*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8766 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO AUTO FINANCE**<br>PO BOX 29706<br>PHOENIX, AZ  85038-9706 | Trustee Claim Number:5   INT %:  4.00%<br>Court Claim Number:8<br>CLAIM:  14,036.88<br>COMMENT:  $CL8GOV@TERMS/PL*PMT/CONF*X614457882*13947@4%MDF/PL*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7882 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  2,960.66<br>COMMENT:  6910.19/PL@0% | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0473 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:6-2<br>CLAIM:  482.51<br>COMMENT:  CL6-2GOV*143.91/PL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0473 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:44<br>CLAIM:  834.19<br>COMMENT:  X2734/SCH*MACYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7340 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  677.20<br>COMMENT:  SYNCHRONY*SAMS CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1446 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  2,095.69<br>COMMENT:  SYNCHRONY*QCARD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4440 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  1,726.01<br>COMMENT:  X2601/SCH*SYNCHRONY/SAMS CLUB*9681/ATTCHMT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9182 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  2,838.64<br>COMMENT:  X4973/SCH*SYNCHRONY*LEVIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1777 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  1,180.37<br>COMMENT:  SYNCHRONY*HH GREGG | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9019 |
| **CBCS**<br>PO BOX 2724<br><br>COLUMBUS, OH  43216-2724 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7432 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br><br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **D & A SERVICES**<br>1400 E TOUHY AVE STE G2<br><br>DES PLAINES, IL  60018 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6239 |
| **D & A SERVICES**<br>1400 E TOUHY AVE STE G2<br><br>DES PLAINES, IL  60018 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9558 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:43<br><br>CLAIM:  436.68<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3249 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  502.40<br>COMMENT:  REF 3341180067*X1368/SCH*HSN*COMENITY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7411 |
| **DNF ASSOCIATES LLC**<br>352 SONWILL DR<br><br>BUFFALO, NY  14225 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4031 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FMS INC**<br>POB 707600<br><br>TULSA, OK  74170 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9675 | |
| **FRANKLIN COLLECTION SVC**<br>POB 3910<br><br>TUPELO, MS  38803-3910 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4949 | |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:27<br><br>CLAIM:  495.59<br>COMMENT:  REF 3341195584*X0914/SCH*COMENITY*OVERSTOCK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4119 | |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:31<br><br>CLAIM:  193.51<br>COMMENT:  KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2167 | |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:32<br><br>CLAIM:  325.78<br>COMMENT:  KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8187 | |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  6,934.33<br>COMMENT:  FR LENDMARK-DOC 54*LOAN DOCS SIGNED@SEAL 7/24/2015 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4075 | |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:37<br><br>CLAIM:  236.63<br>COMMENT:  SYNCHRONY*JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3219 | |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:39<br><br>CLAIM:  1,309.25<br>COMMENT:  X8690/SCH*SYNCHRONY*WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5076 | |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:36<br><br>CLAIM:  788.56<br>COMMENT:  SYNCHRONY*JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4858 | |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:38<br><br>CLAIM:  473.83<br>COMMENT:  COMENITY*DRESS BARN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6398 | |

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 483.96<br>COMMENT: NT/SCH*SYNCHRONY*LOWES*ACCT=3188/ATTCHMT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5248 |
| **NATIONWIDE CREDIT LINE++**<br>PO BOX 26314<br>LEHIGH VALLEY, PA  18002 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5351 |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br>MINNEAPOLIS, MN  55439 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2904 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:42<br>CLAIM: 1,893.07<br>COMMENT: X4008/SCH*SYNCHRONY*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0389 |
| **PATENAUDE AND FELIX APC**<br>9619 CHESAPEAKE DR STE 300<br>SAN DIEGO, CA  92123 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4790 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 446.70<br>COMMENT: NT/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5425 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:34<br>CLAIM: 852.51<br>COMMENT: SYNCHRONY*WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3786 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 317.22<br>COMMENT: NT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9254 |
| **RAVI KANT MO PC**<br>300 OLD POND RD STE 201<br>BRIDGEVILLE, PA  15017 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6635 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 162.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 791.48<br>COMMENT: X8259/SCH*FNBM*CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4285 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE  68197-3106 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,918.75<br>COMMENT: X9930/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0186 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE  68197-3106 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 2,384.60<br>COMMENT: X9920/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6783 |
| **SIMM ASSOC INC**<br>POB 7526<br>NEWARK, DE  19714-7526 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7209 |
| **SOUTH HILLS ENDOSCOPY CENTER**<br>1350 LOCUST ST STE 406<br>PITTSBURGH, PA  15219-4738 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8830 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI  53701 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI  53701 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2522 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:45<br>CLAIM: 720.16<br>COMMENT: X7127/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0690 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 884.79<br>COMMENT: X3130/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7858 |
| **WAKEFIELD & ASSOCIATES**<br>PO BOX 58<br>830 E PLATTE AVE UNIT A<br>FT MORGAN, CO  80701 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 6,428.41<br>COMMENT: CL26GOVS*WNTS 0%*UNS/SCH-PL* ACCT/SCH=5318 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1035 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,756.54<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7925 |
| **ALLEGHENY HEALTH NETWORK++**<br>PO BOX 18119<br>PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7815 |
| **ALLEGHENY HEALTH NETWORK++**<br>PO BOX 18119<br>PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1210 |
| **AT&T MOBILITY**<br>P.O. BOX 6416<br>CAROL STREAM, IL 60197-6416 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8432 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3213 |
| **CAWLEY & BERGMANN LLC**<br>550 BROAD ST<br>STE 1001<br>NEWARK, NJ 07102 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4973 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8754 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5008 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LNBRYANT/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5795 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4119 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DRESS BARN/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6398 |
| **CREDIT CONTROL COLLECTIONS++**<br>POB 72*<br>ALTOONA, PA 16603 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6009 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98873<br>LAS VEGAS, NV 89193 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4285 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7858 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0186 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6783 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3219 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0067 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **KAY JEWELERS**<br>POB 1799<br>AKRON, OH 44309-1799 | Trustee Claim Number: 71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4031 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 72  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4018 |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 73  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7340 |
| **GREATER PITTSBURGH NEUROLOGY PC**<br>1350 LOCUST ST<br>STE 402<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 74  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9380 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 75  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AEO/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2313 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 76  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LEVIN FURNITURE/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4973 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 77  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8893 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 78  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~QVC/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6650 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 79  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3188 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 80  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMAZON/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0389 |

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:81 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5076 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:82 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3262 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number:83 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:84 INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 3,275.08<br>COMMENT: RMVD/PAP*NO$/SCH*2604.29+522.34ARRS=3126.63/CL*AMD*DK! | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9499 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:85 INT %: 0.00%<br>Court Claim Number:6-2<br>CLAIM: 13.00<br>COMMENT: NO GEN UNS/SCH*2016*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0473 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number:86 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 17-22532-CMB |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:87 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 165.97<br>COMMENT: NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:88 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,571.66<br>COMMENT: NUM NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:89 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 407.61<br>COMMENT: NT/SCH*COMENITY*WOMAN WITHIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7624 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:90 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 565.14<br>COMMENT: NUM NT/SCH*FNBM*CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8752 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 91  INT %: 0.00%<br>Court Claim Number: 29<br><br>CLAIM: 623.50<br>COMMENT: NUM NT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0033 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 92  INT %: 0.00%<br>Court Claim Number: 30<br><br>CLAIM: 1,319.19<br>COMMENT: NUM NT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1864 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 93  INT %: 0.00%<br>Court Claim Number: 35<br><br>CLAIM: 142.82<br>COMMENT: COMENITY*LANE BRYANT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5795 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 94  INT %: 0.00%<br>Court Claim Number: 33<br><br>CLAIM: 778.69<br>COMMENT: COMENITY BANK*JESSICA LONDON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5008 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 95  INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 374.54<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0473 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number: 96  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 3,845.95<br>COMMENT: CL13GOV*NO ARRS/PL*THRU 6/17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8766 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 97  INT %: 0.00%<br>Court Claim Number: 40<br><br>CLAIM: 5,387.37<br>COMMENT: X9027/SCH*SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8893 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 98  INT %: 0.00%<br>Court Claim Number: 41<br><br>CLAIM: 518.45<br>COMMENT: NUM NT/SCH*SYNCHRONY*QCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2595 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 99  INT %: 0.00%<br>Court Claim Number: 46<br><br>CLAIM: 951.65<br>COMMENT: NUM NT/SCH*MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0180 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 100  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |