# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Larry J. Schultz and, | ) | Bankruptcy No. 17-22532-CMB |
| Joyce E. Schultz, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Larry J. Schultz and, | ) | |
| Joyce E. Schultz, | ) | |
| | ) | |
| Movants, | ) | Document No. |
| v. | ) | |
| | ) | Related to Claim No. 13 |
| Pennymac Loan Services, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant to the Notice of Mortgage Payment Change filed on June 29, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed payment changes for August 1, 2022.

The new post-petition monthly payment payable to Respondent is $1,749.16, effective August 1, 2022, per the notice dated June 29, 2022. The Debtor's Plan payment provides for a monthly payment to Pennymac Loan Services, LLC of $1,771.85. Therefore, Debtors Plan remains sufficient.

Dated: July 8, 2022

/s/Brian C. Thompson, Esquire
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone

(724) 799-8409 Facsimile
bthompson@thompsonattorney.com