## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Larry J. Schultz, and Joyce E. Schultz, | : : : : | Bankruptcy Case No.: 17-22532-CMB  Chapter 13 |
| Debtors. | : : | |
| Thompson Law Group, P.C., | : : | Document No.: 87 |
| Applicant, | : : | Related to Document No.: 83, 84 |
| v. | : : : | |
| No Respondents, | : : | **Hearing Date and Time:** November 8, 2022 at 11:00 a.m. |
| Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 26, 2022 at Document No. 83 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 84, Objections were to be filed and served no later than October 13, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 83 be entered by the Court.

Date: October 14, 2022

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com