**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Larry J. Schultz and<br>      Joyce E. Schultz<br><br>                     Debtor(s). | )<br>) Case No. 17-22532-CMB<br>)<br>) Chapter 13<br>)<br>X |

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ☒    a motion to dismiss case or certificate of default requesting dismissal

    ☐    a plan modification sought by: _____

    ☐    a motion to lift stay
           as to creditor     _____

    ☐    Other: _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☐ Chapter 13 Plan dated _____
    ☒ Amended Chapter 13 Plan dated __2/11/21_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒    Debtor(s) Plan payments shall be changed from $ __2785__ to $_3722__ per month, effective _1/23__; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:
➢ Trustee's Certificate of Default (at Doc 80) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>16th</u> day of <u>December</u>, 202<u>2</u>

<u>Carlota M. Böhm</u>    dmk
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/ Brian C. Thompson                             /s/ Owen Katz
Counsel to Debtor                                 Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
12/16/22 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-22532-CMB
Larry J. Schultz  Chapter 13
Joyce E. Schultz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Dec 16, 2022      Form ID: pdf900      Total Noticed: 86

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |
| 14647159 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14647180 | + | DNF Associates, LLC, 352 Sonwil Drive, Buffalo, NY 14225-5520 |
| 14647185 | + | GMC Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14647190 | + | Lendmark Financial Svcs, 198 W Chestnut Street, Washington, PA 15301-4423 |
| 14647198 | + | PennyMac Loan Services, LLC, 27001 Agoura Road, Suite 350, Calabasas, CA 91301-5112 |
| 14647206 | | RGS Financial, PO Box 8582039, Richardson, TX 75085 |
| 14647203 | + | Ravi Kant, M.D., 300 Old Pond Road, Suite 201, Bridgeville, PA 15017-1270 |
| 14647222 | + | Van Ru Credit Corp., 1350 E Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14647223 | + | Verizon, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14647227 | + | Weltman, Weinberg & Reis, 1400 Koppers Bldg., 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14652704 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 16 2022 23:43:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 14647160 | + | Email/Text: legal@arsnational.com | Dec 16 2022 23:43:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 14647161 | + | Email/Text: g20956@att.com | Dec 16 2022 23:43:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14647165 | ^ | MEBN | Dec 16 2022 23:35:11 | CBCS, P.O. Box 2589, Columbus, OH 43216-2589 |
| 14703823 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2022 00:11:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14647163 | + | Email/Text: bankruptcy@cavps.com | Dec 16 2022 23:43:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14647162 | + | Email/Text: bankruptcy@cavps.com | Dec 16 2022 23:43:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14700629 | + | Email/Text: bankruptcy@cavps.com | Dec 16 2022 23:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14647167 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 23:43:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14647168 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-22532-CMB   Doc 96   Filed 12/18/22   Entered 12/19/22 00:22:44   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 86 |

| | | | |
|---|---|---|---|
| | | Dec 16 2022 23:43:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14647169 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 23:43:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14647170 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 23:43:00 | Commenity Bank/Dress Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 14647171 | + Email/Text: ccusa@ccuhome.com | Dec 16 2022 23:42:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14647172 | ^ MEBN | Dec 16 2022 23:35:11 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14647173 | Email/Text: BKPT@cfna.com | Dec 16 2022 23:42:00 | Credit First/ Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 14647174 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2022 23:49:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14647175 | ^ MEBN | Dec 16 2022 23:35:11 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14647177 | Email/Text: mrdiscen@discover.com | Dec 16 2022 23:42:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14647178 | Email/Text: mrdiscen@discover.com | Dec 16 2022 23:42:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14647192 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 23:48:39 | Macy's, PO Box 8118, Mason, OH 45040 |
| 14725021 | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 23:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14699925 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2022 23:43:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14647176 | + Email/Text: G06041@att.com | Dec 16 2022 23:43:00 | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14723437 | Email/Text: G06041@att.com | Dec 16 2022 23:43:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14651305 | Email/Text: mrdiscen@discover.com | Dec 16 2022 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14647182 | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2022 23:43:00 | FNB Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14653205 | Email/Text: collecadminbankruptcy@fnni.com | Dec 16 2022 23:43:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14647181 | ^ MEBN | Dec 16 2022 23:35:12 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14647183 | + Email/Text: FSBank@franklinservice.com | Dec 16 2022 23:43:00 | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 14647184 | + Email/Text: Banko@frontlineas.com | Dec 16 2022 23:43:00 | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Saint Paul, MN 55113-1783 |
| 14647186 | + Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:49:03 | JCPenney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14702268 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2022 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14647187 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2022 23:43:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14647166 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2022 23:48:50 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |

Case 17-22532-CMB   Doc 96   Filed 12/18/22   Entered 12/19/22 00:22:44   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 86 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14647188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 23:43:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14647189 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2022 23:42:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662733 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 16 2022 23:42:00 | Lendmark Financial Services LLC assignee Springlea, 2118 Usher Street, Covington, Georgia 30014 |
| 14647191 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 23:49:04 | LVNV Funding, 15 South Main St., Greenville, SC 29601-2743 |
| 14699590 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 23:48:39 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14647193 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 23:43:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14647194 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 23:43:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14714954 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 23:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647195 | + | Email/Text: NCI_bankonotify@ncirm.com | Dec 16 2022 23:42:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14647196 | + | Email/Text: ngisupport@radiusgs.com | Dec 16 2022 23:43:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14647197 | | Email/Text: paparalegals@pandf.us | Dec 16 2022 23:43:00 | Patenaude & Felix, APC, 213 East Main Street, Carnegie, PA 15106 |
| 14647201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 23:49:04 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14647200 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 23:48:52 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 14647912 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 23:49:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14697372 | + | Email/PDF: ebnotices@pnmac.com | Dec 16 2022 23:49:04 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14694083 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14647204 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 16 2022 23:43:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14647205 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 23:48:53 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030650 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 23:43:00 | SCOLOPAX LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647209 | | Email/Text: amieg@stcol.com | Dec 16 2022 23:42:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14647210 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:49:03 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14647211 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:49:04 | SYNCB/Levin Furniture, PO Box 960061, Orlando, FL 32896-0061 |
| 14647212 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:49:03 | SYNCB/Lowes, PO Box 965005, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 86 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14647213 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:48:52 | SYNCB/QVC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14647207 | + | Email/PDF: clerical@simmassociates.com | Dec 16 2022 23:49:03 | Simm Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14647214 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:48:51 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14647215 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:48:52 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14647216 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:48:37 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14647217 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:49:03 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14647218 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:49:03 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14647219 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:48:37 | Synchrony Bank/Walmart, OI /bix 965024, Orlando, FL 32896-0001 |
| 14647220 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 23:48:38 | Synchrony-Sam's Club, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14726645 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 23:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647221 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 23:43:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14686789 | | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 23:48:52 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14647224 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 16 2022 23:42:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14647225 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 23:48:51 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14701349 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 23:49:03 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14663372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 23:48:38 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14647226 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 23:49:03 | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-040, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14714974 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647202 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14647164 | ##+ | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14647179 | ##+ | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 14647199 | ##+ | Pittsburgh Gastroenterology Associates, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |

14647208    ##+    South Hills Endoscopy Center, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738

TOTAL: 1 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7