IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-22532-CMB |
| Larry J. Schultz | ) | Chapter 13 |
| Joyce E. Schultz | ) | |
|     Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | Related to Doc. 97 |
|     Movant(s) | ) | |
|     vs. | ) | Hearing Date: 1/19/23 |
| | ) | at 1:30 p.m. |
| Larry J. Schultz | ) | |
| Joyce E. Schultz | ) | |
|     Respondent(s) | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION OF CHAPTER 13 TRUSTEE TO CLAIM OF EXEMPTIONS AND
REQUEST FOR ORDER THAT THE UNEXEMPTED PORTION BE TURNED
OVER TO THE TRUSTEE FOR THE BENEFIT OF UNSECURED CREDITORS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on December 19, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than January 9, 2023.

1/10/2023

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com