IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 17-22532-CMB |
| Larry J. Schultz ) | Chapter 13 |
| Joyce E. Schultz ) | |
|     Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | Related to Doc. 90 |
|     Movant(s) ) | |
| vs. ) | |
| ) | |
| Larry J. Schultz ) | **ENTERED BY DEFAULT** |
| Joyce E. Schultz ) | |
|     Respondent(s) ) | |

**ORDER OF COURT**

AND NOW, this ___10th___ day of ___January___, 2023, upon consideration of the foregoing OBJECTION OF CHAPTER 13 TRUSTEE TO CLAIM OF EXEMPTIONS AND REQUEST FOR ORDER THAT THE UNEXEMPTED PORTION BE TURNED OVER TO THE TRUSTEE FOR THE BENEFIT OF UNSECURED CREDITORS, and any responses thereto, it is hereby ORDERED that the claimed §522(d)(5) exemption in the Carl Estate is disallowed.

IT IS FURTHER ORDERED that the Debtor(s) shall provide a full accounting of the recovery of from the Carl Estate (including amounts received when and as received) and that the amounts ~~received in excess of the allowed exemptions~~ shall be turned over to the Trustee within 30 days of receipt, which sum shall be treated as additional plan funding for the benefit of general prepetition unsecured creditors after deduction of applicable Trustee Fees.

FILED
1/10/23 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22532-CMB |
| Larry J. Schultz | Chapter 13 |
| Joyce E. Schultz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jan 10, 2023 Form ID: pdf900 Total Noticed: 1

Mario J. Hanyon
        on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 7