# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Larry J. Schultz and, ) | Bankruptcy No. 17-22532-CMB |
|    Joyce E. Schultz, ) | |
| ) | Chapter 13 |
|    Debtors. ) | |
| ) | |
|    Larry J. Schultz and, ) | Document No. 105 |
|    Joyce E. Schultz, ) | |
| ) | Related to Document No. |
|    Movants, ) | |
| v. ) | Related to Claim No. 13 |
| ) | |
|    Pennymac Loan Services, LLC, ) | |
| ) | |
|    Respondent. ) | |

## **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant to the Notice of Mortgage Payment Change filed on June 29, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the plan even with the proposed payment change for August 1, 2023. Debtors' Plan remains sufficient.

Dated: July 10, 2023

/s/Brian C. Thompson, Esquire
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com