IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 17-22532-CMB |
| Larry J. Schultz ) | Chapter 13 |
| Joyce E. Schultz ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Larry J. Schultz ) | |
| Joyce E. Schultz ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **August 13, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **July 18, 2024.**

| | |
|---|---|
| <u>7/1/24</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22532-CMB |
| Larry J. Schultz | Chapter 13 |
| Joyce E. Schultz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 02, 2024 | Form ID: pdf900 | Total Noticed: 86 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |
| 14647180 | + | DNF Associates, LLC, 352 Sonwil Drive, Buffalo, NY 14225-5520 |
| 14647184 | #+ | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Saint Paul, MN 55113-1719 |
| 14647185 | + | GMC Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14647190 | + | Lendmark Financial Svcs, 198 W Chestnut Street, Washington, PA 15301-4423 |
| 14647197 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude & Felix, APC, 213 East Main Street, Carnegie, PA 15106 |
| 14647198 | + | PennyMac Loan Services, LLC, 27001 Agoura Road, Suite 350, Calabasas, CA 91301-5112 |
| 14647206 | | RGS Financial, PO Box 8582039, Richardson, TX 75085 |
| 14647203 | + | Ravi Kant, M.D., 300 Old Pond Road, Suite 201, Bridgeville, PA 15017-1270 |
| 14647222 | + | Van Ru Credit Corp., 1350 E Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14647223 | + | Verizon, P.O. Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14652704 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 02 2024 23:43:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 14647160 | + | Email/Text: legal@arsnational.com | Jul 02 2024 23:43:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 14647161 | + | Email/Text: g17768@att.com | Jul 02 2024 23:43:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14647159 | ^ | MEBN | Jul 02 2024 23:40:26 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14647165 | ^ | MEBN | Jul 02 2024 23:39:38 | CBCS, P.O. Box 2589, Columbus, OH 43216-2589 |
| 14647172 | | Email/Text: correspondence@credit-control.com | Jul 02 2024 23:43:00 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631 |
| 14703823 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2024 23:57:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14647163 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2024 23:43:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14647162 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2024 23:43:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14700629 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2024 23:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14647164 | ^ | MEBN | Jul 02 2024 23:41:10 | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14647167 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2024 23:43:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14647168 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2024 23:43:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14647169 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2024 23:43:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14647170 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2024 23:43:00 | Commenity Bank/Dress Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 14647171 | + | Email/Text: ccusa@ccuhome.com | Jul 02 2024 23:43:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14647173 | | Email/Text: BKPT@cfna.com | Jul 02 2024 23:43:00 | Credit First/ Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 14647174 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2024 23:46:36 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14647175 | ^ | MEBN | Jul 02 2024 23:39:24 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14647177 | | Email/Text: mrdiscen@discover.com | Jul 02 2024 23:43:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14647178 | | Email/Text: mrdiscen@discover.com | Jul 02 2024 23:43:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14647192 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2024 23:57:30 | Macy's, PO Box 8118, Mason, OH 45040 |
| 14725021 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2024 23:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14699925 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 23:43:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14647176 | + | Email/Text: G06041@att.com | Jul 02 2024 23:43:00 | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14723437 | | Email/Text: G06041@att.com | Jul 02 2024 23:43:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14651305 | | Email/Text: mrdiscen@discover.com | Jul 02 2024 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14647182 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 02 2024 23:43:00 | FNB Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14653205 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 02 2024 23:43:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14647181 | ^ | MEBN | Jul 02 2024 23:39:42 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14647183 | + | Email/Text: FSBank@franklinservice.com | Jul 02 2024 23:43:00 | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 14647186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:47:17 | JCPenney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14702268 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2024 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 17-22532-CMB   Doc 114   Filed 07/04/24   Entered 07/05/24 00:27:48   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf900 | Total Noticed: 86 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 14647187 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2024 23:43:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14647166 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2024 23:46:57 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14647188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2024 23:43:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14647189 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2024 23:43:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662733 | | Email/Text: bk@lendmarkfinancial.com | Jul 02 2024 23:43:00 | Lendmark Financial Services LLC assignee Springlea, 2118 Usher Street, Covington, Georgia 30014 |
| 14647191 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 23:58:06 | LVNV Funding, 15 South Main St., Greenville, SC 29601-2743 |
| 14699590 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 23:47:00 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14647193 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2024 23:43:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14647194 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2024 23:43:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14714954 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2024 23:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647196 | + | Email/Text: ngisupport@radiusgs.com | Jul 02 2024 23:43:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14647201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2024 23:47:17 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14647200 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2024 23:47:00 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 14647912 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2024 23:57:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 02 2024 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14697372 | + | Email/PDF: ebnotices@pnmac.com | Jul 02 2024 23:47:18 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14694083 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2024 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14647204 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 02 2024 23:43:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14647205 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 23:57:26 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030650 | + | Email/Text: bncmail@w-legal.com | Jul 02 2024 23:43:00 | SCOLOPAX LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647209 | | Email/Text: amieg@stcol.com | Jul 02 2024 23:43:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14647210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:34 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14647211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:34 | SYNCB/Levin Furniture, PO Box 960061, Orlando, FL 32896-0061 |

Case 17-22532-CMB  Doc 114  Filed 07/04/24  Entered 07/05/24 00:27:48  Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf900 | Total Noticed: 86 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14647212 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:55 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14647213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:56 | SYNCB/QVC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14647207 | + | Email/PDF: clerical@simmassociates.com | Jul 02 2024 23:58:09 | Simm Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14647214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:47:17 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14647215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:58:09 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14647216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:58:12 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14647217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:33 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14647218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:47:16 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14647219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:33 | Synchrony Bank/Walmart, OI /bix 965024, Orlando, FL 32896-0001 |
| 14647220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 23:46:59 | Synchrony-Sam's Club, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14726645 | + | Email/Text: bncmail@w-legal.com | Jul 02 2024 23:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647221 | + | Email/Text: bncmail@w-legal.com | Jul 02 2024 23:43:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14686789 | | Email/PDF: ebn_ais@aisinfo.com | Jul 02 2024 23:57:31 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14647224 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 02 2024 23:43:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14647225 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 02 2024 23:57:40 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14701349 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 02 2024 23:57:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14663372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 02 2024 23:46:57 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14647226 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 02 2024 23:57:26 | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-040, PO Box 14517, Des Moines, IA 50306-3517 |
| 14647227 | + | Email/Text: pitbk@weltman.com | Jul 02 2024 23:43:00 | Weltman, Weinberg & Reis, 1400 Koppers Bldg., 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 75

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14714974 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647202 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jul 02, 2024 | Form ID: pdf900 | Total Noticed: 86 |

|  |  |  |
|---|---|---|
|  |  | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14647179 | ##+ | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 14647195 | ##+ | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14647199 | ##+ | Pittsburgh Gastroenterology Associates, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |
| 14647208 | ##+ | South Hills Endoscopy Center, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |

TOTAL: 1 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7