IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Larry J. Schultz, Joyce E. Schultz, | : : : | Case No. 17-22532-CMB |
| Debtors. | : : : | Chapter 13 |
| _____ | : : | |
| Larry J. Schultz, Joyce E. Schultz, | : : : | Document No.: 120 Related to Document No.: 119 |
| Movants, | : : : : | **Hearing Date and Time:** August 13, 2024, at 1:30 p.m. |
| v. | : : | |
| ACAR Leasing, ARS National Services, Inc., Allegheny Health Network, CBCS, Capital One, Cavalry Portfolio Services, Cavalry SPV I, LLC, JP Morgan chase Bank, NA, Comenity Bank, Credit Collections USA, Credit Control, Credit First, Credit One Bank, Credit Control, LLC, D&A Services, DNF Associates, LLC, Department Stores National Bank, Dept of Treasury/IRS, DirectTV, Discover Financial Services, Discover, Diversified Consultants Inc, FMS, Inc., First National Bank of Omaha, Franklin Collection Service, Inc., Frontline Asset Strategies, LLC, GMC Financial, JCPenney, Jefferson Capital Systems, Kay Jewelers, Kohl's, LVNV Funding, Lendmark Financial Services, DSNB Macys, Midland Credit Management, Midland Funding LLC, Nationwide Credit, Inc., Northland Group, PRA Receivables Mgmt, LLC, Pennsylvania Dept. Of Revenue, PennyMac Loan Services, LLC, Pittsburgh Gastroenterology Associates, Portfolio Recovery Associates, Quantum3 Group LLC, RGS Financial, Ravi Kant, MD, Receivables Performance Management, Resurgent Capital Services, Scolopax LLC, SYNCB, Simm Assoc., South Hills Endoscopy Center, State Collection Service Inc., Synchrony Bank, TD Bank USA, NA, Target Card Services, Van Ru Credit Corp, Verizon, Wells Fargo Auto Finance, Wells Fargo Bank, NA, Wells Fargo Financial National Bank, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| Creditors, | : : | |
| and | : : : | |
| Ronda J. Winnecour, Trustee, | : : | |

        Respondents.                                         :

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF**
*LARRY J. SCHULTZ AND JOYCE E. SCHULTZ* **FOR** *HARDSHIP DISCHARGE UNDER 11 U.S.C. § 1328(b) AND DEBTORS' CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328*

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 4, 2024 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on August 13, 2024, at 1:30 p.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: July 18, 2024

                                                                       /s/Brian C. Thompson, Esquire
                                                                       Brian C. Thompson, Esquire
                                                                       Attorney for Debtor
                                                                       PA ID: 91197
                                                                       THOMPSON LAW GROUP, P.C.
                                                                       301 Smith Drive, Suite 6
                                                                       Cranberry Township, PA 16066
                                                                       (724) 799-8404 Telephone
                                                                       (724) 799-8409 Facsimile
                                                                       bthompson@thompsonattorney.com