# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Larry J. Schultz, Joyce E. Schultz, | : : : | Case No. 17-22532-CMB |
| Debtors. | : : | Chapter 13 |
| | : : | Document No.: 122 |
| Larry J. Schultz, Joyce E. Schultz, | : : : | Related to Document No.: 119, 120 |
| Movants, | : : : : | **Hearing Date and Time:** August 13, 2024, at 1:30 p.m. |
| v. | : : | |
| ACAR Leasing, ARS National Services, Inc., Allegheny Health Network, CBCS, Capital One, Cavalry Portfolio Services, Cavalry SPV I, LLC, JP Morgan chase Bank, NA, Comenity Bank, Credit Collections USA, Credit Control, Credit First, Credit One Bank, Credit Control, LLC, D&A Services, DNF Associates, LLC, Department Stores National Bank, Dept of Treasury/IRS, DirectTV, Discover Financial Services, Discover, Diversified Consultants Inc, FMS, Inc., First National Bank of Omaha, Franklin Collection Service, Inc., Frontline Asset Strategies, LLC, GMC Fainancial, JCPenney, Jefferson Capital Systems, Kay Jewelers, Kohl's, LVNV Funding, Lendmark Financial Services, DSNB Macys, Midland Credit Management, Midland Funding LLC, Nationwide Credit, Inc., Northland Group, PRA Receivables Mgmt, LLC, Pennsylvania Dept. Of Revenue, PennyMac Loan Services, LLC, Pittsburgh Gastroenterology Associates, Portfolio Recovery Associates, Quantum3 Group LLC, RGS Financial, Ravi Kant, MD, Receivables Performance Management, Resurgent Capital Services, Scolopax LLC, SYNCB, Simm Assoc., South Hills Endoscopy Center, State Collection Service Inc., Synchrony Bank, TD Bank USA, NA, Target Card Services, Van Ru Credit Corp, Verizon, Wells Fargo Auto Finance, Wells Fargo Bank, NA, Wells Fargo Financial National Bank, Creditors, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| and | : : | |
| Ronda J. Winnecour, Trustee, | : | |

|  | : |
|---|---|
| Respondents. | : |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR HARDSHIP DISCHARGE UNDER 11 U.S.C. § 1328(b)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 18, 2024, at Document No. 119 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 120, Objections were to be filed and served no later than August 4, 2024.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 119 be entered by the Court.

Date: August 5, 2024              /s/ Brian C. Thompson
                                  Brian C. Thompson, Esquire
                                  Attorney for Debtor(s)
                                  PA ID No. 91197
                                  THOMPSON LAW GROUP, P.C.
                                  301 Smith Drive, Suite 6
                                  Cranberry Township, PA 16066
                                  (724) 799-8404 Telephone
                                  (724) 799-8409 Facsimile
                                  bthompson@thompsonattorney.com