| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Larry J. Schultz<br>First Name  Middle Name  Last Name | Social Security number or ITIN<br>EIN  _ _-_ _ _ _ _ _ _ | xxx-xx-0473 |
| Debtor 2<br>(Spouse, if filing) | Joyce E. Schultz<br>First Name  Middle Name  Last Name | Social Security number or ITIN<br>EIN  _ _-_ _ _ _ _ _ _ | xxx-xx-4090 |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number:  17-22532-CMB | | | |

## Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

  Larry J. Schultz                                           Joyce E. Schultz

  <u>8/5/24</u>                                              **By the court:**  <u>Carlota M Bohm</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  **For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| Form 3180WH | **Chapter 13 Hardship Discharge** | page 2 |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22532-CMB |
| Larry J. Schultz | Chapter 13 |
| Joyce E. Schultz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Aug 05, 2024 | Form ID: 3180WH | Total Noticed: 88 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

**+**     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**++**     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**^**     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**#**     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**##**     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |
| 14647180 | + | DNF Associates, LLC, 352 Sonwil Drive, Buffalo, NY 14225-5520 |
| 14647184 | #+ | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Saint Paul, MN 55113-1719 |
| 14647185 | + | GMC Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14647190 | + | Lendmark Financial Svcs, 198 W Chestnut Street, Washington, PA 15301-4423 |
| 14647197 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude & Felix, APC, 213 East Main Street, Carnegie, PA 15106 |
| 14647198 | + | PennyMac Loan Services, LLC, 27001 Agoura Road, Suite 350, Calabasas, CA 91301-5112 |
| 14647206 | | RGS Financial, PO Box 8582039, Richardson, TX 75085 |
| 14647203 | + | Ravi Kant, M.D., 300 Old Pond Road, Suite 201, Bridgeville, PA 15017-1270 |
| 14647222 | + | Van Ru Credit Corp., 1350 E Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14647223 | + | Verizon, P.O. Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 06 2024 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2024 01:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 06 2024 04:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2024 01:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14652704 | + | EDI: PHINAMERI.COM | Aug 06 2024 04:28:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 14647160 | + | Email/Text: legal@arsnational.com | Aug 06 2024 01:54:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 14647161 | + | EDI: ATTWIREBK.COM | | |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14647159 | ^ MEBN | Aug 06 2024 04:28:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14647165 | ^ MEBN | Aug 06 2024 00:33:12 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14647172 | Email/Text: correspondence@credit-control.com | Aug 06 2024 00:32:32 | CBCS, P.O. Box 2589, Columbus, OH 43216-2589 |
| 14703823 | Email/PDF: bncnotices@becket-lee.com | Aug 06 2024 01:54:00 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631 |
| 14647163 | + Email/Text: bankruptcy@cavps.com | Aug 06 2024 01:04:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14647162 | + Email/Text: bankruptcy@cavps.com | Aug 06 2024 01:55:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14700629 | + Email/Text: bankruptcy@cavps.com | Aug 06 2024 01:55:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14647164 | ^ MEBN | Aug 06 2024 01:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14647167 | + EDI: WFNNB.COM | Aug 06 2024 00:33:24 | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14647168 | + EDI: WFNNB.COM | Aug 06 2024 04:28:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14647169 | + EDI: WFNNB.COM | Aug 06 2024 04:28:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14647170 | + EDI: WFNNB.COM | Aug 06 2024 04:28:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14647171 | + EDI: CCUSA.COM | Aug 06 2024 04:28:00 | Commenity Bank/Dress Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 14647173 | EDI: CRFRSTNA.COM | Aug 06 2024 04:28:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14647174 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2024 04:28:00 | Credit First/ Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 14647175 | ^ MEBN | Aug 06 2024 01:03:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14647177 | EDI: DISCOVER | Aug 06 2024 00:32:27 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14647178 | EDI: DISCOVER | Aug 06 2024 04:28:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14647192 | EDI: CITICORP | Aug 06 2024 04:28:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14725021 | EDI: Q3G.COM | Aug 06 2024 04:28:00 | Macy's, PO Box 8118, Mason, OH 45040 |
| 14699925 | EDI: IRS.COM | Aug 06 2024 04:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14647176 | + EDI: DIRECTV.COM | Aug 06 2024 04:28:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14723437 | EDI: DIRECTV.COM | Aug 06 2024 04:34:00 | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14651305 | EDI: DISCOVER | Aug 06 2024 04:34:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| | | Aug 06 2024 04:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14647182 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 06 2024 01:54:00 | FNB Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14653205 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 06 2024 01:54:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14647181 | ^ | MEBN | Aug 06 2024 00:32:41 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14647183 | + | Email/Text: FSBank@franklinservice.com | Aug 06 2024 01:54:00 | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 14647186 | + | EDI: SYNC | Aug 06 2024 04:28:00 | JCPenney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14702268 | | EDI: JEFFERSONCAP.COM | Aug 06 2024 04:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14647187 | | EDI: JEFFERSONCAP.COM | Aug 06 2024 04:34:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14647166 | | EDI: JPMORGANCHASE | Aug 06 2024 04:28:00 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14647188 | + | EDI: WFNNB.COM | Aug 06 2024 04:28:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14647189 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 06 2024 01:54:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662733 | | Email/Text: bk@lendmarkfinancial.com | Aug 06 2024 01:54:00 | Lendmark Financial Services LLC assignee Springlea, 2118 Usher Street, Covington, Georgia 30014 |
| 14647191 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 01:04:31 | LVNV Funding, 15 South Main St., Greenville, SC 29601-2743 |
| 14699590 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 01:03:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14647193 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 01:54:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14647194 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 01:54:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14714954 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 01:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647196 | + | Email/Text: ngisupport@radiusgs.com | Aug 06 2024 01:54:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14647201 | | EDI: PRA.COM | Aug 06 2024 04:28:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14647200 | | EDI: PRA.COM | Aug 06 2024 04:28:00 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 14647912 | + | EDI: PRA.COM | Aug 06 2024 04:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655208 | | EDI: PENNDEPTREV | Aug 06 2024 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14655208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2024 01:54:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14697372 | + | Email/PDF: ebnotices@pnmac.com | Aug 06 2024 01:03:49 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14694083 | | EDI: Q3G.COM | Aug 06 2024 04:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

Case 17-22532-CMB    Doc 125    Filed 08/07/24    Entered 08/08/24 00:30:09    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: 3180WH | Total Noticed: 88 |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14647204 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 06 2024 01:55:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14647205 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 01:03:24 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030650 | + | Email/Text: bncmail@w-legal.com | Aug 06 2024 01:54:00 | SCOLOPAX LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647209 | | Email/Text: amieg@stcol.com | Aug 06 2024 01:54:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14647210 | + | EDI: SYNC | Aug 06 2024 04:28:00 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14647211 | + | EDI: SYNC | Aug 06 2024 04:28:00 | SYNCB/Levin Furniture, PO Box 960061, Orlando, FL 32896-0061 |
| 14647212 | + | EDI: SYNC | Aug 06 2024 04:28:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14647213 | + | EDI: SYNC | Aug 06 2024 04:28:00 | SYNCB/QVC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14647207 | + | Email/PDF: clerical@simmassociates.com | Aug 06 2024 01:03:34 | Simm Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14647214 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14647215 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14647216 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14647217 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14647218 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14647219 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony Bank/Walmart, OI /bix 965024, Orlando, FL 32896-0001 |
| 14647220 | + | EDI: SYNC | Aug 06 2024 04:28:00 | Synchrony-Sam's Club, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14726645 | + | Email/Text: bncmail@w-legal.com | Aug 06 2024 01:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647221 | + | EDI: WTRRNBANK.COM | Aug 06 2024 04:28:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14686789 | | EDI: AIS.COM | Aug 06 2024 04:34:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14647224 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 06 2024 01:54:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14647225 | + | EDI: WFFC2 | Aug 06 2024 04:28:00 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14701349 | | EDI: WFFC2 | Aug 06 2024 04:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14663372 | + | EDI: WFFC2 | Aug 06 2024 04:28:00 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14647226 | + | EDI: WFFC2 | Aug 06 2024 04:28:00 | Wells Fargo Financial National Bank, CSCL |

Case 17-22532-CMB    Doc 125    Filed 08/07/24    Entered 08/08/24 00:30:09    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: 3180WH | Total Noticed: 88 |

| | | | |
|---|---|---|---|
| | | | Dispute Team, MAC N8235-040, PO Box 14517, Des Moines, IA 50306-3517 |
| 14647227 | + | Email/Text: pitbk@weltman.com | |
| | | Aug 06 2024 01:54:00 | Weltman, Weinberg & Reis, 1400 Koppers Bldg., 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 80

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14714974 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647202 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14647179 | ##+ | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 14647195 | ##+ | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14647199 | ##+ | Pittsburgh Gastroenterology Associates, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |
| 14647208 | ##+ | South Hills Endoscopy Center, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |

TOTAL: 1 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | |
| | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |
| | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | |
| | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | |
| | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 6 of 6
Date Rcvd: Aug 05, 2024 Form ID: 3180WH Total Noticed: 88

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 7