# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Larry J. Schultz, Joyce E. Schultz, | : : : | Case No. 17-22532-CMB |
| Debtors. | : : : | Chapter 13 |
| _____ | : : | Document No.: |
| Larry J. Schultz, Joyce E. Schultz, | : : : : | Related to Document No.: 119 |
| Movants, | : : : : | **Hearing Date and Time:** August 13, 2024, at 1:30 p.m. |
| v. | : : | |
| ACAR Leasing, ARS National Services, Inc., Allegheny Health Network, CBCS, Capital One, Cavalry Portfolio Services, Cavalry SPV I, LLC, JP Morgan chase Bank, NA, Comenity Bank, Credit Collections USA, Credit Control, Credit First, Credit One Bank, Credit Control, LLC, D&A Services, DNF Associates, LLC, Department Stores National Bank, Dept of Treasury/IRS, DirectTV, Discover Financial Services, Discover, Diversified Consultants Inc, FMS, Inc., First National Bankf of Omaha, Franklin Collection Service, Inc., Frontline Asset Strategies, LLC, GMC Fainancial, JCPenney, Jefferson Captial Systems, Kay Jewelers, Kohl's, LVNV Funding, Lendmark Financial Services, DSNB Macys, Midland Credit Management, Midland Funding LLC, Nationwide Credit, Inc., Northland Group, PRA Receivables Mgmt, LLC, Pennsylvania Dept. Of Revenue, PennyMac Loan Services, LLC, Pittsburgh Gastroenterology Associates, Portfolio Recovery Associates, Quantum3 Group LLC, RGS Financial, Ravi Kant, MD, Receivables Performance Management, Resurgent Captial Services, Scolopax LLC, SYNCB, Simm Assoc., South Hills Endoscopy Center, State Colletion Service Inc., Synchrony Bank, TD Bank USA, NA, Target Card Services, Van Ru Credit Corp, Verizon, Wells Fargo Auto Finance, Wells Fargo Bank, NA, Wells Fargo Financial National Bank, | : : : : : : : : : : : : : : : : : : : : : : : : : : : | **ENTERED BY DEFAULT** |

|  |  |
|---|---|
| Creditors, | : |
|  | : |
| and | : |
|  | : |
| Ronda J. Winnecour, Trustee, | : |
|  | : |
| Respondents. | : |

### ORDER

AND NOW, this ___5th___ day of ___August___ 2024, it appearing that the above-captioned Debtors having filed a petition for relief under Chapter 13 of the Federal Bankruptcy Code on June 21, 2017, and having a Chapter 13 Plan confirmed and completed, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This Court shall issue a hardship discharge order in this matter.

2. The Chapter 13 Trustee shall disburse funds in her possession to remaining creditors in accordance with the Plan confirmed on March 19, 2021, and modified on December 16, 2022.

BY THE COURT:

Dated: __8/5/2024__

_Carlota M. Böhm_  dmk
United States Bankruptcy Judge

FILED
8/5/24 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22532-CMB |
| Larry J. Schultz | Chapter 13 |
| Joyce E. Schultz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, brausch@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7