**Form 156**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

128 – 123
mgut

In re:

**Larry J. Schultz**
Debtor(s)

Joyce E. Schultz

Bankruptcy Case No.: 17–22532–CMB

Chapter: 13

### ORDER FIXING DEADLINE TO FILE COMPLAINTS
### OBJECTING TO THE DISCHARGEABILITY OF ANY DEBT

**Last Day to File Complaints is 10/8/24.**

**AND NOW,** this The 9th of August, 2024, upon consideration of the Debtor's Motion for Hardship Discharge pursuant to 11 U.S.C. §1328(b), and after a hearing on notice to the Trustee and it preliminarily appearing to the Court that the elements of such form of discharge have been met, it is hereby **ORDERED** as follows:

1. Complaints to determine the dischargeability of any debts pursuant to 11 U.S.C. §523(c), shall be filed not later than sixty days from the date of this Order.

2. The Clerk shall give a minimum of thirty days notice of the foregoing deadline to all parties in interest through service of a copy of this Order.

3. Upon expiration of the foregoing deadline and in the absence of the filing of any such Complaints, the Clerk shall forthwith grant the discharge pursuant to §1328(b).

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

cm: All Parties