IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Larry J. Schultz and                                   Bankruptcy No. 17-22532 CMB
Joyce E. Schultz,
        Debtors

                                                   Chapter 13

                                                   Related Dkt. No. 124

## ORDER

*AND NOW*, this 9th day of August, 2024 it appearing that an Order Discharging Debtors the case was erroneously issued on August 5, 2024 at Document No. 124,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that the ***ORDER DISCHARGING DEBTORS*** is ***VACATED.***

_____
Carlota M. Böhm
U. S. Bankruptcy Judge

FILED
8/9/24 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22532-CMB |
| Larry J. Schultz | Chapter 13 |
| Joyce E. Schultz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 86 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |
| 14647180 | + | DNF Associates, LLC, 352 Sonwil Drive, Buffalo, NY 14225-5520 |
| 14647184 | #+ | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Saint Paul, MN 55113-1719 |
| 14647185 | + | GMC Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14647190 | + | Lendmark Financial Svcs, 198 W Chestnut Street, Washington, PA 15301-4423 |
| 14647197 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude & Felix, APC, 213 East Main Street, Carnegie, PA 15106 |
| 14647198 | + | PennyMac Loan Services, LLC, 27001 Agoura Road, Suite 350, Calabasas, CA 91301-5112 |
| 14647206 | | RGS Financial, PO Box 8582039, Richardson, TX 75085 |
| 14647203 | + | Ravi Kant, M.D., 300 Old Pond Road, Suite 201, Bridgeville, PA 15017-1270 |
| 14647222 | + | Van Ru Credit Corp., 1350 E Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14647223 | + | Verizon, P.O. Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14652704 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 10 2024 00:03:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 14647160 | + | Email/Text: legal@arsnational.com | Aug 10 2024 00:03:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 14647161 | + | Email/Text: g17768@att.com | Aug 10 2024 00:03:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14647159 | ^ | MEBN | Aug 09 2024 23:48:14 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14647165 | ^ | MEBN | Aug 09 2024 23:48:02 | CBCS, P.O. Box 2589, Columbus, OH 43216-2589 |
| 14647172 | | Email/Text: correspondence@credit-control.com | Aug 10 2024 00:03:00 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631 |
| 14703823 | | Email/PDF: bncnotices@becket-lee.com | Aug 10 2024 00:08:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14647163 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2024 00:03:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14647162 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2024 00:03:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14700629 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2024 00:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14647164 | ^ | MEBN | Aug 09 2024 23:48:25 | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14647167 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2024 00:03:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14647168 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2024 00:03:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14647169 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2024 00:03:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14647170 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2024 00:03:00 | Commenity Bank/Dress Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 14647171 | + | Email/Text: ccusa@ccuhome.com | Aug 10 2024 00:03:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14647173 | | Email/Text: BKPT@cfna.com | Aug 10 2024 00:03:00 | Credit First/ Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 14647174 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2024 00:08:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14647175 | ^ | MEBN | Aug 09 2024 23:47:56 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14647177 | | Email/Text: mrdiscen@discover.com | Aug 10 2024 00:03:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14647178 | | Email/Text: mrdiscen@discover.com | Aug 10 2024 00:03:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14647192 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2024 00:22:01 | Macy's, PO Box 8118, Mason, OH 45040 |
| 14725021 | | Email/Text: bnc-quantum@quantum3group.com | Aug 10 2024 00:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14699925 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 10 2024 00:03:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14647176 | + | Email/Text: G06041@att.com | Aug 10 2024 00:03:00 | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14723437 | | Email/Text: G06041@att.com | Aug 10 2024 00:03:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14651305 | | Email/Text: mrdiscen@discover.com | Aug 10 2024 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14647182 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 10 2024 00:03:00 | FNB Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14653205 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 10 2024 00:03:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14647181 | ^ | MEBN | Aug 09 2024 23:48:03 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14647183 | + | Email/Text: FSBank@franklinservice.com | Aug 10 2024 00:03:00 | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 14647186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:20:44 | JCPenney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14702268 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2024 00:03:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 17-22532-CMB   Doc 130   Filed 08/11/24   Entered 08/12/24 00:24:25   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 86 |

| | | | |
|---|---|---|---|
| | | | Saint Cloud Mn 56302-9617 |
| 14647187 | Email/Text: JCAP_BNC_Notices@jcap.com Aug 10 2024 00:03:00 | | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14647166 | Email/PDF: ais.chase.ebn@aisinfo.com Aug 10 2024 00:07:42 | | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14647188 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2024 00:03:00 | | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14647189 | Email/Text: PBNCNotifications@peritusservices.com Aug 10 2024 00:03:00 | | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662733 | Email/Text: bk@lendmarkfinancial.com Aug 10 2024 00:03:00 | | Lendmark Financial Services LLC assignee Springlea, 2118 Usher Street, Covington, Georgia 30014 |
| 14647191 | + Email/PDF: resurgentbknotifications@resurgent.com Aug 10 2024 00:07:34 | | LVNV Funding, 15 South Main St., Greenville, SC 29601-2743 |
| 14699590 | Email/PDF: resurgentbknotifications@resurgent.com Aug 10 2024 00:08:11 | | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14647193 | + Email/Text: bankruptcydpt@mcmcg.com Aug 10 2024 00:03:00 | | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14647194 | + Email/Text: bankruptcydpt@mcmcg.com Aug 10 2024 00:03:00 | | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14714954 | + Email/Text: bankruptcydpt@mcmcg.com Aug 10 2024 00:03:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647196 | + Email/Text: ngisupport@radiusgs.com Aug 10 2024 00:03:00 | | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14647201 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2024 00:07:34 | | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14647200 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2024 00:35:49 | | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 14647912 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2024 00:08:26 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655208 | Email/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2024 00:03:00 | | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14697372 | + Email/PDF: ebnotices@pnmac.com Aug 10 2024 00:08:13 | | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14694083 | Email/Text: bnc-quantum@quantum3group.com Aug 10 2024 00:03:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14647204 | + Email/Text: Supportservices@receivablesperformance.com Aug 10 2024 00:03:00 | | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14647205 | + Email/PDF: resurgentbknotifications@resurgent.com Aug 10 2024 00:08:55 | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030650 | + Email/Text: bncmail@w-legal.com Aug 10 2024 00:03:00 | | SCOLOPAX LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647209 | Email/Text: amieg@stcol.com Aug 10 2024 00:03:00 | | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14647210 | + Email/PDF: ais.sync.ebn@aisinfo.com Aug 10 2024 00:08:09 | | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14647211 | + Email/PDF: ais.sync.ebn@aisinfo.com Aug 10 2024 00:08:56 | | SYNCB/Levin Furniture, PO Box 960061, Orlando, FL 32896-0061 |

Case 17-22532-CMB    Doc 130    Filed 08/11/24    Entered 08/12/24 00:24:25    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 86 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14647212 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:07:33 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14647213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:09:04 | SYNCB/QVC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14647207 | + | Email/PDF: clerical@simmassociates.com | Aug 10 2024 00:09:04 | Simm Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14647214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:08:47 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14647215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:19:38 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14647216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:08:24 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14647217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:07:31 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14647218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:08:09 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14647219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:22:17 | Synchrony Bank/Walmart, OI /bix 965024, Orlando, FL 32896-0001 |
| 14647220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 10 2024 00:19:45 | Synchrony-Sam's Club, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14726645 | + | Email/Text: bncmail@w-legal.com | Aug 10 2024 00:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647221 | + | Email/Text: bncmail@w-legal.com | Aug 10 2024 00:03:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14686789 | | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2024 00:07:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14647224 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 10 2024 00:03:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14647225 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 10 2024 00:07:44 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14701349 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 10 2024 00:09:02 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14663372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 10 2024 00:08:47 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14647226 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 10 2024 00:08:19 | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-040, PO Box 14517, Des Moines, IA 50306-3517 |
| 14647227 | + | Email/Text: pitbk@weltman.com | Aug 10 2024 00:03:00 | Weltman, Weinberg & Reis, 1400 Koppers Bldg., 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 75

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14714974 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647202 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 86 |

|  |  | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
|---|---|---|
| 14647179 | ##+ | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 14647195 | ##+ | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14647199 | ##+ | Pittsburgh Gastroenterology Associates, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |
| 14647208 | ##+ | South Hills Endoscopy Center, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |

TOTAL: 1 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7