IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LARRY J. SCHULTZ
JOYCE E. SCHULTZ
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Case No.:17-22532

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR UNDER 1328(b)
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in the Chapter 13 Case. The Court has separately ruled that a discharge under Section 1328(b) should be granted.

3. Attached hereto please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHEREFORE, the Trustee respectfully requests that the Court,

    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

9/3/2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/21/2017 and confirmed on 8/24/17. The case was subsequently (GD)DISCHARGED UNDER 11 USC 1328(B)$ TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 195,988.00 |
| Less Refunds to Debtor | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 195,988.00 |
| | | | |
| Administrative Fees | | | |
|   Filing Fee | 0.00 | | |
|   Notice Fee | 0.00 | | |
|   Attorney Fee | 9,261.51 | | |
|   Trustee Fee | 9,407.21 | | |
|   Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 18,668.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 150,156.56 | 0.00 | 150,156.56 |
|     Acct: 8766 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 3,845.95 | 2,743.24 | 0.00 | 2,743.24 |
|     Acct: 8766 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAN | 6,428.41 | 4,585.27 | 0.00 | 4,585.27 |
|     Acct: 1035 | | | | |
|   GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9499 | | | | |
|   WELLS FARGO BANK NA | 14,036.88 | 14,036.88 | 1,706.89 | 15,743.77 |
|     Acct: 7882 | | | | |
| | | | | 173,228.84 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LARRY J. SCHULTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,560.54 | 3,017.76 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-19 | | | | |
|   THOMPSON LAW GROUP PC | 2,743.75 | 2,743.75 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6/22 | | | | |
|   THOMPSON LAW GROUP PC | 2,130.60 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/24 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,960.66 | 483.96 | 0.00 | 483.96 |
|     Acct: 0473 | | | | |
|   PA DEPARTMENT OF REVENUE* | 482.51 | 21.40 | 0.00 | 21.40 |
|     Acct: 0473 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 3,275.08 | 3,275.08 | 0.00 | 3,275.08 |
|     Acct: 9499 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 4,090.44 |

Unsecured

| 17-22532 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 6 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 320.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 5881 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 834.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 7340 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 677.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 1446 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 2,095.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 4440 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 1,726.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 9182 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 2,838.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 1777 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 1,180.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 9019 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7432 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | D & A SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6239 | | | | |
| | D & A SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9558 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 436.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 3249 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 502.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 7411 | | | | |
| | DNF ASSOCIATES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4031 | | | | |
| | FMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9675 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 495.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 4119 | | | | |
| | CAPITAL ONE NA** | 193.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 2167 | | | | |
| | CAPITAL ONE NA** | 325.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 8187 | | | | |
| | SCOLOPAX LLC | 6,934.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 4075 | | | | |
| | MIDLAND FUNDING LLC | 236.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 3219 | | | | |
| | MIDLAND FUNDING LLC | 1,309.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 5076 | | | | |
| | MIDLAND FUNDING LLC | 788.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 4858 | | | | |
| | MIDLAND FUNDING LLC | 473.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 6398 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 483.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 5248 | | | | |
| | NATIONWIDE CREDIT INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5351 | | | | |
| | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2904 | | | | |
| | MIDLAND FUNDING LLC | 1,893.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 0389 | | | | |
| | PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4790 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 446.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 5425 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 852.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 3786 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 317.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 9254 | | | | |
| | RAVI KANT MO PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6635 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 162.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 791.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 4285 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 1,918.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 0186 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 2,384.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 6783 | | | | |
| | SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7209 | | | | |
| | SOUTH HILLS ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8830 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2522 | | | | |
| | TD BANK USA NA** | 720.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 0690 | | | | |
| | DISCOVER BANK(*) | 884.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 7858 | | | | |
| | WAKEFIELD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISCOVER BANK(*) | 1,756.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 7925 | | | | |
| | PA DEPARTMENT OF REVENUE* | 13.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0473 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 165.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRANKLIN COLLECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4949 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7815 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1210 | | | | |
| | AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8432 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3213 | | | | |
| | CAWLEY & BERGMANN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4973 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8754 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5008 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5795 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4119 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6398 | | | | |
| | CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6009 | | | | |
| | CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 17-22532 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 5 of 6 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4285 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7858 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0186 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6783 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3219 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0067 | | | | |
|   KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4031 | | | | |
|   MACYS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4018 | | | | |
|   NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7340 | | | | |
|   GREATER PITTSBURGH NEUROLOGY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9380 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2313 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4973 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8893 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6650 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3188 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0389 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5076 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3262 | | | | |
|   VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,571.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 407.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 7624 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 565.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 8752 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 623.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0033 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,319.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 1864 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 142.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 5795 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 778.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 5008 | | | | |
|   INTERNAL REVENUE SERVICE* | 374.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 0473 | | | | |
|   MIDLAND FUNDING LLC | 5,387.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 8893 | | | | |
|   MIDLAND FUNDING LLC | 518.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 2595 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 951.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 0180 | | | | |

| 17-22532 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 6 of 6 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 177,319.28 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 7,028.25 |
| SECURED | 24,311.24 |
| UNSECURED | 46,800.69 |

Date: 09/03/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LARRY J. SCHULTZ
    JOYCE E. SCHULTZ
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-22532
Chapter 13

Document #_____

## ORDER OF COURT

    AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Larry J. Schultz  
Joyce E. Schultz  
    Debtors

Case No. 17-22532-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Sep 03, 2024      Form ID: pdf900      Total Noticed: 85

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |
| 14647180 | + | DNF Associates, LLC, 352 Sonwil Drive, Buffalo, NY 14225-5520 |
| 14647185 | + | GMC Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14647190 | + | Lendmark Financial Svcs, 198 W Chestnut Street, Washington, PA 15301-4423 |
| 14647197 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude & Felix, APC, 213 East Main Street, Carnegie, PA 15106 |
| 14647198 | + | PennyMac Loan Services, LLC, 27001 Agoura Road, Suite 350, Calabasas, CA 91301-5112 |
| 14647206 |   | RGS Financial, PO Box 8582039, Richardson, TX 75085 |
| 14647203 | + | Ravi Kant, M.D., 300 Old Pond Road, Suite 201, Bridgeville, PA 15017-1270 |
| 14647222 | + | Van Ru Credit Corp., 1350 E Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14647223 | + | Verizon, P.O. Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14652704 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 04 2024 03:18:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 14647160 | + | Email/Text: legal@arsnational.com | Sep 04 2024 03:18:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 14647161 | + | Email/Text: g17768@att.com | Sep 04 2024 03:18:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14647159 | ^ | MEBN | Sep 04 2024 03:15:36 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14647165 | ^ | MEBN | Sep 04 2024 03:14:44 | CBCS, P.O. Box 2589, Columbus, OH 43216-2589 |
| 14647172 |   | Email/Text: correspondence@credit-control.com | Sep 04 2024 03:18:00 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631 |
| 14703823 |   | Email/PDF: bncnotices@becket-lee.com | Sep 04 2024 03:29:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14647163 | + | Email/Text: bankruptcy@cavps.com | Sep 04 2024 03:19:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14647162 | + | Email/Text: bankruptcy@cavps.com | Sep 04 2024 03:19:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14700629 | + | Email/Text: bankruptcy@cavps.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Sep 04 2024 03:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14647164 | ^ MEBN | Sep 04 2024 03:16:07 | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14647167 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2024 03:18:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14647168 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2024 03:18:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14647169 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2024 03:18:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14647170 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2024 03:18:00 | Commenity Bank/Dress Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 14647171 | + Email/Text: ccusa@ccuhome.com | Sep 04 2024 03:18:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14647173 | Email/Text: BKPT@cfna.com | Sep 04 2024 03:18:00 | Credit First/ Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 14647174 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 04 2024 03:39:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14647175 | ^ MEBN | Sep 04 2024 03:14:38 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14647177 | Email/Text: mrdiscen@discover.com | Sep 04 2024 03:18:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14647178 | Email/Text: mrdiscen@discover.com | Sep 04 2024 03:18:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14647192 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2024 03:29:42 | Macy's, PO Box 8118, Mason, OH 45040 |
| 14725021 | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2024 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14699925 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2024 03:18:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14647176 | + Email/Text: G06041@att.com | Sep 04 2024 03:19:00 | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14723437 | Email/Text: G06041@att.com | Sep 04 2024 03:19:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14651305 | Email/Text: mrdiscen@discover.com | Sep 04 2024 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14647182 | Email/Text: collecadminbankruptcy@fnni.com | Sep 04 2024 03:18:00 | FNB Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14653205 | Email/Text: collecadminbankruptcy@fnni.com | Sep 04 2024 03:18:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14647181 | ^ MEBN | Sep 04 2024 03:14:48 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14647183 | + Email/Text: FSBank@franklinservice.com | Sep 04 2024 03:18:00 | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 14647186 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:29 | JCPenney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14702268 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2024 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14647187 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2024 03:18:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |

Case 17-22532-CMB    Doc 136    Filed 09/05/24    Entered 09/06/24 00:36:59    Desc
Imaged Certificate of Notice    Page 10 of 12

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 85 |

| | | | | |
|---|---|---|---|---|
| 14647166 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2024 03:29:08 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14647188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2024 03:18:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14647189 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 04 2024 03:18:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662733 | | Email/Text: bk@lendmarkfinancial.com | Sep 04 2024 03:18:00 | Lendmark Financial Services LLC assignee Springlea, 2118 Usher Street, Covington, Georgia 30014 |
| 14647191 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2024 03:39:59 | LVNV Funding, 15 South Main St., Greenville, SC 29601-2743 |
| 14699590 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2024 03:29:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14647193 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2024 03:18:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14647194 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2024 03:18:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14714954 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2024 03:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647196 | + | Email/Text: ngisupport@radiusgs.com | Sep 04 2024 03:18:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14647201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2024 03:29:43 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14647200 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2024 03:29:12 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 14647912 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2024 03:29:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2024 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14697372 | + | Email/PDF: ebnotices@pnmac.com | Sep 04 2024 03:40:00 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14694083 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2024 03:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14647204 | + | Email/Text: Supportservices@receivablesperformance.com | Sep 04 2024 03:19:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14647205 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2024 03:29:29 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030650 | + | Email/Text: bncmail@w-legal.com | Sep 04 2024 03:18:00 | SCOLOPAX LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647209 | | Email/Text: amieg@stcol.com | Sep 04 2024 03:18:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14647210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:11 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14647211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:26 | SYNCB/Levin Furniture, PO Box 960061, Orlando, FL 32896-0061 |
| 14647212 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:39 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14647213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:39 | SYNCB/QVC, PO BOX 965005, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 03, 2024 | Form ID: pdf900 | Total Noticed: 85 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 14647207 | + | Email/PDF: clerical@simmassociates.com | Sep 04 2024 03:29:45 | Simm Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14647214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:39 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14647215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:33 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14647216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:33 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14647217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:29 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14647218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:42 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14647219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:39 | Synchrony Bank/Walmart, OI /bix 965024, Orlando, FL 32896-0001 |
| 14647220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2024 03:29:39 | Synchrony-Sam's Club, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14726645 | + | Email/Text: bncmail@w-legal.com | Sep 04 2024 03:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647221 | + | Email/Text: bncmail@w-legal.com | Sep 04 2024 03:18:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14686789 | | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2024 03:29:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14647224 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Sep 04 2024 03:18:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14647225 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 04 2024 03:29:31 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14701349 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 04 2024 03:29:29 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14663372 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 04 2024 03:29:11 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14647226 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 04 2024 03:29:40 | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-040, PO Box 14517, Des Moines, IA 50306-3517 |
| 14647227 | + | Email/Text: pitbk@weltman.com | Sep 04 2024 03:18:00 | Weltman, Weinberg & Reis, 1400 Koppers Bldg., 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14714974 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647202 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14647179 | ##+ | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 14647184 | ##+ | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Saint Paul, MN 55113-1719 |
| 14647195 | ##+ | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |

| 14647199 | ##+ | Pittsburgh Gastroenterology Associates, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |
| 14647208 | ##+ | South Hills Endoscopy Center, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |

TOTAL: 1 Undeliverable, 4 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7