<table>
<tr><td colspan="2">

**Information to identify the case:**

</td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Larry J. Schultz** | Social Security number or ITIN   xxx–xx–0473 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Joyce E. Schultz** | Social Security number or ITIN   xxx–xx–4090 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–22532–CMB

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Larry J. Schultz                              Joyce E. Schultz

<u>10/21/24</u>                              **By the court:** <u>Carlota M Bohm</u>
                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

**For more information, see page 2 >**

Form 3180WH                    **Chapter 13 Hardship Discharge**                    page 1

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22532-CMB |
| Larry J. Schultz | Chapter 13 |
| Joyce E. Schultz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 21, 2024 | Form ID: 3180WH | Total Noticed: 87 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry J. Schultz, Joyce E. Schultz, 129 Marble Drive, Canonsburg, PA 15317-5309 |
| 14647180 | + | DNF Associates, LLC, 352 Sonwil Drive, Buffalo, NY 14225-5520 |
| 14647185 | + | GMC Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14647190 | + | Lendmark Financial Svcs, 198 W Chestnut Street, Washington, PA 15301-4423 |
| 14647197 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude & Felix, APC, 213 East Main Street, Carnegie, PA 15106 |
| 14647198 | + | PennyMac Loan Services, LLC, 27001 Agoura Road, Suite 350, Calabasas, CA 91301-5112 |
| 14647206 | | RGS Financial, PO Box 8582039, Richardson, TX 75085 |
| 14647203 | + | Ravi Kant, M.D., 300 Old Pond Road, Suite 201, Bridgeville, PA 15017-1270 |
| 14647222 | + | Van Ru Credit Corp., 1350 E Touhy Avenue, Suite 300E, Des Plaines, IL 60018-3342 |
| 14647223 | + | Verizon, P.O. Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 22 2024 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 22 2024 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14652704 | + | EDI: PHINAMERI.COM | Oct 22 2024 03:54:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 14647160 | + | Email/Text: legal@arsnational.com | Oct 22 2024 00:08:00 | ARS National Services Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 14647161 | + | EDI: ATTWIREBK.COM | Oct 22 2024 03:54:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14647159 | ^ | MEBN | Oct 21 2024 23:56:04 | Allegheny Health Network, PO Box 645266, |

District/off: 0315-2                                    User: auto                                    Page 2 of 5
Date Rcvd: Oct 21, 2024                            Form ID: 3180WH                         Total Noticed: 87

Pittsburgh, PA 15264-5250

| | | | | |
|---|---|---|---|---|
| 14647165 | | ^ MEBN | Oct 21 2024 23:55:06 | CBCS, P.O. Box 2589, Columbus, OH 43216-2589 |
| 14647172 | | Email/Text: correspondence@credit-control.com | Oct 22 2024 00:08:00 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631 |
| 14703823 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 00:22:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14647163 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14647162 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14700629 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14647164 | | ^ MEBN | Oct 21 2024 23:56:12 | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14647167 | + | EDI: WFNNB.COM | Oct 22 2024 03:54:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14647168 | + | EDI: WFNNB.COM | Oct 22 2024 03:54:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14647169 | + | EDI: WFNNB.COM | Oct 22 2024 03:54:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14647170 | + | EDI: WFNNB.COM | Oct 22 2024 03:54:00 | Commenity Bank/Dress Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 14647171 | + | EDI: CCUSA.COM | Oct 22 2024 03:54:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, Morgantown, WV 26501-7158 |
| 14647173 | | EDI: CRFRSTNA.COM | Oct 22 2024 03:54:00 | Credit First/ Firestone, PO Box 81410, Cleveland, OH 44181-0410 |
| 14647174 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2024 00:12:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14647175 | | ^ MEBN | Oct 21 2024 23:54:59 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14647177 | | EDI: DISCOVER | Oct 22 2024 03:54:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14647178 | | EDI: DISCOVER | Oct 22 2024 03:54:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14647192 | | EDI: CITICORP | Oct 22 2024 03:54:00 | Macy's, PO Box 8118, Mason, OH 45040 |
| 14725021 | | EDI: Q3G.COM | Oct 22 2024 03:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14699925 | | EDI: IRS.COM | Oct 22 2024 03:54:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14647176 | + | EDI: DIRECTV.COM | Oct 22 2024 03:54:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14723437 | | EDI: DIRECTV.COM | Oct 22 2024 03:54:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14651305 | | EDI: DISCOVER | Oct 22 2024 03:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14647182 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 22 2024 00:08:00 | FNB Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14653205 | | Email/Text: collecadminbankruptcy@fnni.com | | |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Oct 21, 2024 | Form ID: 3180WH | Total Noticed: 87

| | | | | |
|---|---|---|---|---|
| | | | Oct 22 2024 00:08:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14647181 | ^ | MEBN | | |
| | | | Oct 21 2024 23:55:09 | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14647183 | + | Email/Text: FSBank@franklinservice.com | | |
| | | | Oct 22 2024 00:08:00 | Franklin Collection Service, Inc., P.O. Box 3910, Tupelo, MS 38803-3910 |
| 14647186 | + | EDI: SYNC | Oct 22 2024 03:54:00 | JCPenney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14702268 | | EDI: JEFFERSONCAP.COM | Oct 22 2024 03:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14647187 | | EDI: JEFFERSONCAP.COM | Oct 22 2024 03:54:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14647166 | | EDI: JPMORGANCHASE | Oct 22 2024 03:54:00 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14647188 | + | EDI: WFNNB.COM | Oct 22 2024 03:54:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14647189 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662733 | | Email/Text: bk@lendmarkfinancial.com | Oct 22 2024 00:08:00 | Lendmark Financial Services LLC assignee Springlea, 2118 Usher Street, Covington, Georgia 30014 |
| 14647191 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 00:12:06 | LVNV Funding, 15 South Main St., Greenville, SC 29601-2743 |
| 14699590 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 00:12:17 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14647193 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 00:08:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 14647194 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 00:08:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14714954 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647196 | + | Email/Text: ngisupport@radiusgs.com | Oct 22 2024 00:08:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14647201 | | EDI: PRA.COM | Oct 22 2024 03:54:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14647200 | | EDI: PRA.COM | Oct 22 2024 03:54:00 | Portfolio Recovery Associates, POB 12914, Norfolk, VA 23541 |
| 14647912 | + | EDI: PRA.COM | Oct 22 2024 03:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655208 | | EDI: PENNDEPTREV | Oct 22 2024 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14655208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14697372 | + | Email/PDF: ebnotices@pnmac.com | Oct 22 2024 00:12:05 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14694083 | | EDI: Q3G.COM | Oct 22 2024 03:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14647204 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 22 2024 00:09:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |

District/off: 0315-2                              User: auto                                    Page 4 of 5
Date Rcvd: Oct 21, 2024                    Form ID: 3180WH                            Total Noticed: 87

| | | | | |
|---|---|---|---|---|
| 14647205 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 00:12:05 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030650 | + | Email/Text: bncmail@w-legal.com | Oct 22 2024 00:08:00 | SCOLOPAX LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647209 | | Email/Text: amieg@stcol.com | Oct 22 2024 00:08:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14647210 | + | EDI: SYNC | Oct 22 2024 03:54:00 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14647211 | + | EDI: SYNC | Oct 22 2024 03:54:00 | SYNCB/Levin Furniture, PO Box 960061, Orlando, FL 32896-0061 |
| 14647212 | + | EDI: SYNC | Oct 22 2024 03:54:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14647213 | + | EDI: SYNC | Oct 22 2024 03:54:00 | SYNCB/QVC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14647207 | + | Email/PDF: clerical@simmassociates.com | Oct 22 2024 00:22:42 | Simm Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14647214 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14647215 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony Bank, 4125 Windward Plaza Dr., Alpharetta, GA 30005-8738 |
| 14647216 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14647217 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony Bank/HH Gregg, PO Box 960061, Orlando, FL 32896-0061 |
| 14647218 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14647219 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony Bank/Walmart, OI /bix 965024, Orlando, FL 32896-0001 |
| 14647220 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Synchrony-Sam's Club, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14726645 | + | Email/Text: bncmail@w-legal.com | Oct 22 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14647221 | + | EDI: WTRRNBANK.COM | Oct 22 2024 03:54:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14686789 | | EDI: AIS.COM | Oct 22 2024 03:54:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14647224 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 22 2024 00:08:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14647225 | + | EDI: WFFC2 | Oct 22 2024 03:54:00 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14701349 | | EDI: WFFC2 | Oct 22 2024 03:54:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14663372 | + | EDI: WFFC2 | Oct 22 2024 03:54:00 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14647226 | + | EDI: WFFC2 | Oct 22 2024 03:54:00 | Wells Fargo Financial National Bank, CSCL Dispute Team, MAC N8235-040, PO Box 14517, Des Moines, IA 50306-3517 |
| 14647227 | + | Email/Text: pitbk@weltman.com | Oct 22 2024 00:08:00 | Weltman, Weinberg & Reis, 1400 Koppers Bldg., 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

District/off: 0315-2                                    User: auto                                    Page 5 of 5
Date Rcvd: Oct 21, 2024                          Form ID: 3180WH                          Total Noticed: 87

TOTAL: 80

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14714974 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14647202 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14647179 | ##+ | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 14647184 | ##+ | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Saint Paul, MN 55113-1719 |
| 14647195 | ##+ | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14647199 | ##+ | Pittsburgh Gastroenterology Associates, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |
| 14647208 | ##+ | South Hills Endoscopy Center, 1350 Locust Street, Suite 406, Pittsburgh, PA 15219-4738 |

TOTAL: 1 Undeliverable, 4 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2024                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Joint Debtor Joyce E. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;*mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Larry J. Schultz bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;*mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.org |

TOTAL: 7