**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    LARRY J. SCHULTZ<br>    JOYCE E. SCHULTZ<br>        Debtor(s) | Case No. 17-22532CMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/21/2017.

2) The plan was confirmed on 08/24/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/28/2017, 05/31/2018, 12/14/2018, 04/01/2019, 03/19/2021, 12/16/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/04/2021, 08/08/2022.

5) The case was discharged under U.S.C. § 1328(b) on 01/01/1900.

6) Number of months from filing or conversion to last payment: 85.

7) Number of months case was pending: 88.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,496.00.

10) Amount of unsecured claims discharged without full payment: $54,247.29.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $195,988.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $195,988.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $9,261.51 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $9,407.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $18,978.72

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD D/B/A GM FINAN | Priority | 0.00 | 2,604.29 | 3,275.08 | 3,275.08 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 193.00 | 193.51 | 193.51 | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 325.00 | 325.78 | 325.78 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 483.96 | 483.96 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 320.04 | 320.04 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 677.20 | 677.20 | 677.20 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 2,095.69 | 2,095.69 | 2,095.69 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 1,726.01 | 1,726.01 | 1,726.01 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 2,838.64 | 2,838.64 | 2,838.64 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 1,180.37 | 1,180.37 | 1,180.37 | 0.00 | 0.00 |
| CBCS | Unsecured | 202.97 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 343.68 | NA | NA | 0.00 | 0.00 |
| D & A SERVICES | Unsecured | 483.96 | NA | NA | 0.00 | 0.00 |
| D & A SERVICES | Unsecured | 320.04 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 834.19 | 834.19 | 834.19 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | NA | 951.65 | 951.65 | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSC | Unsecured | 436.68 | 436.68 | 436.68 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 884.79 | 884.79 | 884.79 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 1,756.54 | 1,756.54 | 1,756.54 | 0.00 | 0.00 |
| DNF ASSOCIATES LLC++ | Unsecured | 282.27 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA(* | Unsecured | 1,918.75 | 1,918.75 | 1,918.75 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA(* | Unsecured | 2,384.60 | 2,384.60 | 2,384.60 | 0.00 | 0.00 |
| FMS INC | Unsecured | 518.45 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SVC | Unsecured | 51.95 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Secured | 3,235.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 374.54 | 374.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 3,003.00 | 2,960.66 | 2,960.66 | 483.96 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 502.40 | 502.40 | 502.40 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 495.59 | 495.59 | 495.59 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 791.48 | 791.48 | 791.48 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 565.14 | 565.14 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND FUNDING LLC | Unsecured | 5,387.37 | 5,387.37 | 5,387.37 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 518.45 | 518.45 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 236.63 | 236.63 | 236.63 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,309.25 | 1,309.25 | 1,309.25 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 788.56 | 788.56 | 788.56 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 473.83 | 473.83 | 473.83 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,893.07 | 1,893.07 | 1,893.07 | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC++ | Unsecured | 1,011.94 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC. | Unsecured | 951.65 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 130.00 | 482.51 | 482.51 | 21.40 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 13.00 | 13.00 | 0.00 | 0.00 |
| PATENAUDE AND FELIX APC | Unsecured | 1,260.44 | NA | NA | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 266,198.00 | 265,157.16 | 0.00 | 150,156.56 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 0.00 | 3,845.95 | 3,845.95 | 2,743.24 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 446.70 | 446.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 852.51 | 852.51 | 852.51 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 317.22 | 317.22 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 623.50 | 623.50 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,319.19 | 1,319.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 142.82 | 142.82 | 142.82 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 778.69 | 778.69 | 778.69 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MON | Unsecured | NA | 407.61 | 407.61 | 0.00 | 0.00 |
| RAVI KANT MO PC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| SCOLOPAX LLC | Unsecured | 9,485.00 | 6,934.33 | 6,934.33 | 0.00 | 0.00 |
| SIMM ASSOC INC | Unsecured | 565.14 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS ENDOSCOPY CENTER | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 154.48 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 100.33 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 720.16 | 720.16 | 720.16 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 165.97 | 165.97 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 1,571.66 | 1,571.66 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 1,602.26 | 162.62 | 162.62 | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 774.30 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 13,947.00 | 14,036.88 | 14,036.88 | 14,036.88 | 1,706.89 |
| WELLS FARGO FINANCIAL NATIONA | Secured | 6,428.41 | 6,428.41 | 6,428.41 | 4,585.27 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $150,156.56 | $0.00 |
| Mortgage Arrearage | $3,845.95 | $2,743.24 | $0.00 |
| Debt Secured by Vehicle | $14,036.88 | $14,036.88 | $1,706.89 |
| All Other Secured | $6,428.41 | $4,585.27 | $0.00 |
| **TOTAL SECURED:** | **$24,311.24** | **$171,521.95** | **$1,706.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,718.25 | $3,780.44 | $0.00 |
| **TOTAL PRIORITY:** | **$6,718.25** | **$3,780.44** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,800.69** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $18,978.72 |
| Disbursements to Creditors | $177,009.28 |
| **TOTAL DISBURSEMENTS:** | **$195,988.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/24/2024    By: /s/ Ronda J. Winnecour
                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**