# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry J. Schultz<br>Joyce E. Schultz<br>**Debtor(s)** | BK NO. 17-22532 CMB<br><br>Chapter 13 |
| **PENNYMAC LOAN SERVICES, LLC**<br>Movant<br>vs.<br>Larry J. Schultz<br>Joyce E. Schultz<br>**Debtor(s)**<br>Rhonda J. Winnecour,<br>Trustee | Related to Claim No. 13 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Maria Miksich, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 18, 2021, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtor(s)
Larry J. Schultz
129 Marble Drive
Canonsburg, PA 15317

Joyce E. Schultz
129 Marble Drive
Canonsburg, PA 15317
VIA Regular Mail

Attorney for Debtor(s)
Brian C. Thompson Esq.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086
VIA ECF

Trustee
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Method of Service: electronic means or first class mail

Dated: June 18, 2021

    /s/ **Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com